No. 2680. PLANAS, APELADA, *v.* RUBIO, APELANTE.—Corte de Distrito de Guayama. Información de dominio. Resuelto en febrero 17, 1922. Examinada la moción de la apelada para que se desestime la apelación y la certificación que a la misma se acompaña, se declara con lugar y se desestima.

No. 345. GONZÁLEZ, PETICIONARIA, *v.* HON. A. ACOSTA QUINTERO, JUEZ, DEMANDADO.—Corte Distrito de Mayagüez. *Certiorari.* Resuelto en febrero 17, 1922. La corte en el ejercicio de su discreción resuelve no haber lugar a expedir el auto.

No. 1860. EL PUEBLO, APELADO, *v.* SÁNCHEZ Y PASTRANA, APELANTE EL SEGUNDO.—Corte de Distrito de San Juan. Distrito Segundo. No existe pliego de excepciones relación de hechos ni alegato, y no apareciendo de los autos que se haya cometido error fundamental alguno, se confirma la sentencia.

No. 2663. HERNÁNDEZ, APELANTE, *v.* SANDERS PHILIPPI & CÍA. ET AL., APELADOS.—Corte de Distrito de Aguadilla. Resuelto en febrero 21, 1922. Apareciendo de la moción del apelado y de la certificación que se acompaña que la apelación se interpuso después de vencido el término de ley, se desestima el recurso.

No. 1878. EL PUEBLO, APELADO, *v.* ONGAY, APELANTE.—Corte de Distrito de San Juan, Primer Distrito. Infracción a la ley de arbitrios. Resuelto en febrero 25, 1922. No existiendo pliego de excepciones, relación de hechos ni alegato y no apareciendo de los autos error fundamental alguno, se confirma la sentencia apelada, modificándola en el sentido de que en defecto del pago de $200 de multa por el apelante, la prisión subsidiaria no exceda de noventa días.